# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRENDA BOLIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. CIV-06-080-SPS** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion and Order entered herein on March 30, 2007, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 30th day of March, 2007.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**